# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIVERA, LUIS | § | Case No. 11-40802 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/06/2012 in Courtroom 201,

Will County Court Annex Building
57 N. Ottawa Street, Suite 201, Joliet, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/31/2012_____          By: /s/ Michael G. Berland_____
                                                                                        Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| RIVERA, LUIS | § | Case No. 11-40802 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,500.02 |
| and approved disbursements of | $ | 192.73 |
| leaving a balance on hand of[1] | $ | 4,307.29 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,125.01 | $ 0.00 | $ 1,125.01 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,125.01 |
| Remaining Balance | | $ | 3,182.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 100,139.94  have been allowed and will be paid _pro_ _rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $      2,016.12 | $      0.00 | $      64.07 |
| 000002 | Capital One, N.A. c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | $      763.41 | $      0.00 | $      24.26 |
| 000003 | FIA CARD SERVICES, N.A., successor to Bank of America,NA,and MBNA America Bank PO Box 15102 Wilmington, DE 19886-5102 | $      10,188.72 | $      0.00 | $      323.78 |
| 000004 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $      1,464.32 | $      0.00 | $      46.53 |
| 000005 | Internal Revenue Service POB 7346 Philadelphia, Pennsylvania 19101 | $      85,707.37 | $      0.00 | $      2,723.64 |

Total to be paid to timely general unsecured creditors            $_____3,182.28

Remaining Balance            $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                      Case No. 11-40802-BWB
Luis Rivera                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez        Page 1 of 2          Date Rcvd: Jun 01, 2012
                             Form ID: pdf006         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2012.
db        +Luis Rivera,    398 Saddle Run Lane,    Beecher, IL 60401-3720
18548125   American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17894745  +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
17894747  +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
17894748  +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
18440473  +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
17894749  +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
17894750   Claudia Rivera,    348 Saddlerun Lane,    Beecher, IL 60401
18471111   FIA CARD SERVICES, N.A., successor to,    Bank of America,NA,and MBNA America Bank,    PO Box 15102,
           Wilmington, DE 19886-5102
17894757  +Nco Financial Systems,,    600 Holiday Plaza Dr Ste,    Matteson, IL 60443-2238
17894758  +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18388687   E-mail/PDF: mrdiscen@discoverfinancial.com Jun 02 2012 04:32:33     Discover Bank,
           DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17894751  +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 02 2012 04:32:33     Discover Fin Svcs Llc,
           Po Box 15316,    Wilmington, DE 19850-5316
17894752   E-mail/Text: cio.bncmail@irs.gov Jun 02 2012 02:30:08     Internal Revenue Service,
           P.O. Box 7346,    Philadelphia, PA 19101-7346
17894753  +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 02 2012 04:11:01     Kohls/Capone,
           N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
17894754  +E-mail/Text: tjordan@mcscol.com Jun 02 2012 05:08:27     MCS Collections, Inc.,
           725 S Wells St, Suite 501,    Chicago, IL 60607-4516
17894755  +Fax: 847-227-2151 Jun 02 2012 03:29:52     Medical Recovery Specialists, Inc.,
           2250 E Davon Ave Ste 352,    Des Plaines, IL 60018-4519
17894756  +Fax: 847-227-2151 Jun 02 2012 03:29:52     Mrsi,    2250 E Devon Ave Ste 352,
           Des Plaines, IL 60018-4521
                                                                                        TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17894746   ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2012                    Signature:    *Joseph Speetjens*

District/off: 0752-1          User: mgonzalez              Page 2 of 2              Date Rcvd: Jun 01, 2012
                             Form ID: pdf006              Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2012 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor  BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
           LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          John J Lynch    on behalf of Debtor Luis Rivera jjlynch@jjlynchlaw.com,
           rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
          Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                          TOTAL: 4