UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RIVERA, LUIS § Case No. 11-40802
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MICHAEL G. BERLAND_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| ASSSOCIATES, AMERICAN AUCTION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS ACS Support- Stop 5050 PO Box 219236 Kansas City, MO 64121 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | MCS Collections, Inc. 725 S Wells St, Suite 501 Chicago, IL 60607 | | | | | |
| | Medical Recovery Specialists, Inc. 2250 E Davon Ave Ste 352 Des Plaines, IL 60018 | | | | | |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | |
| | Nco Financial Systems, 600 Holiday Plaza Dr Ste Matteson, IL 60443 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Bank Po Box 14517 Des Moines, IA 50306 |  |  |  |  |  |
| 000004 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000002 | CAPITAL ONE, N.A. |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| 000003 | FIA CARD SERVICES, N.A., SUCCESSOR |  |  |  |  |  |
| 000005 | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-40802 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | RIVERA, LUIS | | | Date Filed (f) or Converted (c): | 10/06/11 (f) |
| | | | | 341(a) Meeting Date: | 10/31/11 |
| For Period Ending: | 08/08/12 | | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 398 Saddle Run, Beecher-scheduled | 167,600.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking/savings Harris-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Clothing-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. 2007 Chrysler Sebring-scheduled | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 7. 1993 GMC Sonoma-scheduled | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 8. 2006 Harley Davidson-scheduled | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.02 | Unknown |
| TOTALS (Excluding Unknown Values) | $183,500.00 | $4,500.00 | | $4,500.02 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is investigating possible equity in a motorcycle. The Trustee received court appoval to hire an auctioneer
to sell the motorcycle. The motorcycle was sold and a Report of Sale approved.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-40802 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | RIVERA, LUIS | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******0865  Money Market Account |
| Taxpayer ID No: | *******4104 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) / Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/12 | 8 | American Auction Associates | Receipt of auction proceeds from sale of motorcycle DEPOSIT CHECK #4707 | 1129-000 | 4,500.00 | | 4,500.00 |
| 01/25/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 4,500.02 |
| 01/25/12 | | Transfer to Acct #*******5098 | Bank Funds Transfer | 9999-000 | | 4,500.02 | 0.00 |

|  |  |  | COLUMN TOTALS | 4,500.02 | 4,500.02 | 0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers/CD's | 0.00 | 4,500.02 | |
|  |  |  | Subtotal | 4,500.02 | 0.00 | |
|  |  |  | Less: Payments to Debtors | | 0.00 | |
|  |  |  | Net | 4,500.02 | 0.00 | |

Page Subtotals  4,500.02  4,500.02

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: 11-40802 -BL | Trustee Name: MICHAEL G. BERLAND |
| Case Name: RIVERA, LUIS | Bank Name: The Bank of New York Mellon |
| | Account Number / CD #: *******0866 Checking Account |
| Taxpayer ID No: *******4104 | |
| For Period Ending: 08/08/12 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals   0.00   0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-40802 -BL | Trustee Name: MICHAEL G. BERLAND |
| Case Name: RIVERA, LUIS | Bank Name: Congressional Bank |
| | Account Number / CD #: *******5098 Checking Account |
| Taxpayer ID No: *******4104 | |
| For Period Ending: 08/08/12 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******0865 | Bank Funds Transfer | 9999-000 | 4,500.02 | | 4,500.02 |
| 02/01/12 | 001001 | American Auction Asssociates | Payment of auctioneer's expenses | 3620-000 | | 192.73 | 4,307.29 |
| | | | Payment per court order of Janaury 27, 2012 | | | | |
| 07/10/12 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Expense | 2100-000 | | 1,125.01 | 3,182.28 |
| 07/10/12 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 3.17789% | 7100-000 | | 64.07 | 3,118.21 |
| 07/10/12 | 001004 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000002, Payment 3.17785% | 7100-000 | | 24.26 | 3,093.95 |
| 07/10/12 | 001005 | FIA CARD SERVICES, N.A., successor to<br>Bank of America,NA,and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 3.17783% | 7100-000 | | 323.78 | 2,770.17 |
| 07/10/12 | 001006 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 3.17758% | 7100-000 | | 46.53 | 2,723.64 |
| 07/10/12 | 001007 | Internal Revenue Service<br>POB 7346<br>Philadelphia, Pennsylvania 19101 | Claim 000005, Payment 3.17784% | 7100-000 | | 2,723.64 | 0.00 |
| | | | | Page Subtotals | 4,500.02 | 4,500.02 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-40802 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | RIVERA, LUIS | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5098 Checking Account |
| Taxpayer ID No: | *******4104 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,500.02 | 4,500.02 | 0.00 |
| Less: Bank Transfers/CD's | 4,500.02 | 0.00 | |
| Subtotal | 0.00 | 4,500.02 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,500.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******0865 | 4,500.02 | 0.00 | 0.00 |
| Checking Account - *******0866 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******5098 | 0.00 | 4,500.02 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,500.02 | 4,500.02 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*